# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM STIPANOVICH,** | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 18-1380 |
| v. | ) |
| | ) |
| **MAYOR PEDUTO, BRUCE KRAUS,** *City Councilman*, **ZONE 3 POLICE STATION, and OMI OFFICE,** | ) |
| Defendant. | ) |

## ORDER

AND NOW this 30th day of October, 2018, upon consideration of the complaint filed by plaintiff, William Stipanovich, *pro se* and *in forma pauperis*, (ECF No. 4),

IT IS HEREBY ORDERED that for the reasons set forth in the accompanying Memorandum Opinion the complaint is DISMISSED with prejudice as frivolous and for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii), and amendment would be futile.

IT IS FURTHER ORDERED that the clerk shall mark this case CLOSED.

By the court,

s/ Joy Flowers Conti
Joy Flowers Conti
Chief United States District Judge

cc: William Stipanovich, *pro se*
 918 Climax Street
 Pittsburgh, PA 15210